JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| BANK OF AMERICA, N.A., et al., | Case No.: 2:16-cv-02853-APG-CWH |
| Plaintiffs, | Dept. No.: |
| vs. | |
| DURANGO TRAILS HOMEOWNERS ASSOCIATION, et al., LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC SERIES 1149, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEY

Defendant, LVRES Series 1149, hereby substitutes Jeff Brauer, Esq., of Brauer, Driscoll, Sun and Associates, LLC in place of Luis Ayon, Esq., of Ayon Law, PLLC in the above-entitled action, as the attorney of record.

Dated September 7, 2017

/s/ Jeff J. Brauer, Esq
Jeff Brauer ESQ, Managing Member LVRES Series 1149
LV Real Estate Strategic
Investment Group 1149

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213

Page 1 of 3

Luis Ayon, Esq., hereby substitutes in Jeff Brauer, Esq., of Brauer, Driscoll, Sun and Associates, LLC in the above entitled matter, in his place and stead as attorney of record for Defendant LVRES Series 1149.

Dated September 11, 2017

```
                                          Luis Ayon ESQ.
                                          Nevada Bar No. 10794
                                          9205 West Russell Road
                                          Building 3, Suite 240
                                          Telephone: (702) 600-3200
                                          Fax: (702) 447-7936
```

Jeff Brauer, Esq., of Brauer, Driscoll, Sun and Associates, LLC, hereby agrees to his substitution in place of Luis Ayon, Esq., for Defendant, LVRES Series 1149 in the above entitled action.

Dated September 7, 2017

```
                                          /s/ Jeff J. Brauer, Esq
                                          JEFF BRAUER ESQ.
                                          Nevada Bar No. 13834
                                          3333 E. Serene Avenue, Suite 150
                                          Henderson, NV  89074
                                          Telephone: (702) 989-3213
                                          Fax: (206) 333-0986
```

IT IS SO ORDERED.  IT IS FURTHER ORDERED that ECF No. 17 is DENIED as moot.

DATED: September 13, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213

## CERTIFICATE OF SERVICE

I hereby certify that on September 12 2017, service of the foregoing **SUBSTITUTION OF ATTORNEY** was made via the Court's electronic service all parties registered therein through the Court's official e-filing system.

/s/ Jeff J. Brauer, Esq
An Employee of Brauer Driscoll Sun

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
3333 E. Serene Ave. Ste 150
Henderson, 89074
(702) 989-3213