**LIPSON NEILSON P.C.**
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JANEEN V. ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
jisaacson@lipsonneilson.com
*Attorneys for Defendant Durango Trails*
*Homeowners Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC., HOMEOWNER ASSOCIATION SERVICES, INC.; and LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 1149,<br><br>Defendants. | CASE NO. 2:16-cv-02853-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[FIRST REQUEST UNDER CURRENT SCHEDULING ORDER]** |

Bank of America, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP ("BANA"); Federal National Mortgage Association ("FNMA"); Durango Trails Homeowners Association, Inc. ("Durango Trails"); LV Real Estate Strategic Investment Group LLC Series 1149 ("LV Real Estate") (collectively the "parties") hereby stipulate to extend the dispositive motion deadline in this

LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

matter to March 3, 2020. In support of this stipulation, the parties state as follows:

    1.    Pursuant to the Scheduling Order [ECF NO. 26] the Dispositive Motions are due February 17, 2020 (which was a holiday) so February 18, 2020.

    2.    At this time the parties request that the court extend the dispositive motion deadline to March 3, 2020.

    3.    Good cause exists for this requested extension because it will allow the parties time to discuss settlement to prevent further filing of expensive motions.

Dated this 18th day of February, 2020.

| THE LAW OFFICE OF MIKE BEEDE, PLLC | AKERMAN, LLP |
|---|---|
| /s/ James W. Fox | /s/ Jamie Combs |
| Michael N. Beede, Esq.<br>NV Bar No. 13068<br>James W. Fox, Esq.<br>NV Bar No. 13122<br>2470 St. Rose Pkwy., Suite 307<br>Henderson, Nevada 89074<br>*Attorneys for Defendant LV Real Estate Strategic Investment Group LLC Series 1149* | Melanie D. Morgan. Esq.<br>NV Bar No. 8215<br>Rex D. Garner, Esq.<br>NV Bar No. 9401<br>Jamie Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiffs' Bank of America, N.A., and Federal National Mortgage Association* |
| LIPSON NEILSON P.C.<br><br>/s/ J. William Ebert<br><br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>JANEEN V. ISAACSON, ESQ.<br>Nevada Bar No. 6429<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant Durango Trails Homeowners Association, Inc.* | |

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

DATED: _____

February 19, 2020

**LIPSON NEILSON, P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that on the 18th day of February, 2020, I served the

following document entitled **STIPULATION AND ORDER TO EXTEND DISPOSITIVE**

**MOTION DEADLINE** via the Court's CM/ECF system to all parties and counsel as

identified in the court-generated Notice of Eletronic Filling.

| | |
|---|---|
| Michael N. Beede, Esq.<br>NV Bar No. 13068<br>James W. Fox, Esq.<br>NV Bar No. 13122<br>THE LAW OFFICE OF MIKE BEEDE, PLLC<br>2470 St. Rose Pkwy., Suite 307<br>Henderson, Nevada 89074<br>Ph: (702) 473-8406<br>eservice@legallv.com<br>*Attorneys for Defendant LV Real Estate Strategic Investment Group LLC Series 1149* | Melanie D. Morgan. Esq.<br>NV Bar No. 8215<br>Rex D. Garner, Esq.<br>NV Bar No. 9401<br>AKERMAN, LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Ph: (702) 634-5000<br>Fax: (72) 380-8572<br>Melanie.morgan@akerman.com<br>Rex.garner@akerman.com<br>*Attorneys for Plaintiffs' Bank of America, N.A., and Federal National Mortgage Association* |

/s/ *Renee M. Rittenhouse*

_____

An Employee of Lipson Neilson, P.C.

**LIPSON NEILSON, P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512