JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
yosuphonglaw@gmail.com
*Attorneys for Defendant LV Real Estate Strategic Investment Group LLC Series 1149*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> DURANGO TRAILS HOMEOWNERS ASSOCIATION, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.; and LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 1149, <br><br> Defendants. | Case No.: 2:16-cv-02853-APG-DJA <br><br> **SUBSTITUTION OF COUNSEL FOR LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 1149** |

Jacob Lefkowitz, in his capacity as authorized representative of LV Real Estate Strategic Investment Group LLC Series 1149, hereby consents to the substitution of Hong & Hong Law Office, as its counsel in place and stead of The Law Office of Mike Beede, PLLC in the above captioned matter.

DATED this 20th day of July, 2020.

*s/ Jacob Lefkowitz*
Jacob Lefkowitz
*LV Real Estate Strategic Investment Group LLC, Series 1149*

1

Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, does hereby consent to the substitution of Hong & Hong Law Office, in the above entitled matter, in his place and stead as attorney of record for Defendant LV Real Estate Strategic Investment Group LLC, Series 1149.

DATED this 20th day of July, 2020.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By /s/ Michael Beede
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406

Joseph Y. Hong, Esq., of Hong & Hong Law Office, does hereby agree to substitute in the place of The Law Office of Mike Beede, PLLC, in the above entitled matter, in his place and stead as attorney of record for Defendant LV Real Estate Strategic Investment Group LLC, Series 1149.

DATED this 20th day of July, 2020.

HONG & HONG LAW OFFICE

By s/ Joseph Y. Hong
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2020

2

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 20th day of July, 2020, I did cause a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 1149** to be served upon all parties involved in this litigation by the method indicated:

\_\_\_ U.S. Mail

\_\_\_ U.S. Certified Mail

\_\_\_ Facsimile Transmission

\_\_\_ Federal Express

_X_ Electronic Service via CM/ECF

\_\_\_ E-Mail

/s/ Debra L. Batesel
An Employee of Hong & Hong Law Office